| | |
|---|---|
| 1 | KEVIN V. RYAN, SBN 118321<br>United States Attorney |
| 2 | JOANN M. SWANSON, 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>SARA WINSLOW, DCBN 457643 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7260<br>Facsimile: (415) 436-7169 |
| 7 | |
| 8 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

PHUONG L. HO,

    Plaintiff,

    v.

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.

CIVIL NO. 06-02067 WHA

STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that defendant Commissioner may have an extension of 30 days in which to file her response to plaintiff's motion for summary judgment.[1] Defendant's response was due on 27, 2006, pursuant to Civil L.R.16-5. Defendant's response is now due on October 27, 2006.

///
///
///
///
///
///
///

---

[1] See attached Declaration of Sharon Sands.

1     This is defendant's first request.

5 Dated: September 26, 2006         /s/
                                                 SARAH BOTZ
6                                                  Attorney for Plaintiff

7
                                                 KEVIN V. RYAN
8                                                  United States Attorney

12 Dated: September 26, 2006     By:     /s/
                                                 SARA WINSLOW
13                                                  Assistant United States Attorney

14 PURSUANT TO STIPULATION, IT IS SO ORDERED:

19 Dated: September 26, 2006

20                                       WILLIAM ALSUP
                                      United States District Judge

HO, EXT.MXSJ (ss)
C 06-02067 WHA                         2

```
KEVIN V. RYAN
United States Attorney
JOANN M. SWANSON
Acting Chief, Civil Division
SARA WINSLOW
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7260
   Facsimile:   (415) 436-7169
```

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| PHUONG L. HO,<br><br>    Plaintiff,<br><br>    v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO.  06-02067 WHA<br><br>DECLARATION IN SUPPORT OF DEFENDANT'S REQUEST FOR EXTENSION OF TIME |

I, Sharon Sands, declare and state as follows:

    1.    I am an Assistant Regional Counsel in the Office of the General Counsel for the United States Social Security Administration, Region IX.

    2.    Due to a recent illness, I am requesting a 30-day extension for filing Defendant Commissioner's response to Plaintiff's motion for summary judgment in order to provide further opportunity for review and analysis of this case.

1  I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

2  Executed in San Francisco, California on October 26, 2006.

                        By      /s/
                              Sharon Sands
                              Assistant Regional Counsel