KEVIN V. RYAN, SBN 118321
United States Attorney
JOANN M. SWANSON, SBN 88143
Assistant United States Attorney
Chief, Civil Division
SARA WINSLOW, DCBN 457643
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7260
   Facsimile:  (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PHUONG L. HO, | ) |
|   Plaintiff, | ) CIVIL NO. 06-02067 WHA |
|   v. | ) STIPULATION AND ORDER APPROVING COMPROMISE |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) SETTLEMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
|   Defendant. | ) |

The plaintiff's attorney having met the criteria of L.R. 54-6, by meeting and conferring with defendant, IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to approval by the Court, that plaintiff's attorney receive the following payment:

1. Defendant shall pay FIVE THOUSAND DOLLARS ($5,000.00), pursuant to the Equal Access to Justice Act (EAJA), for attorney fees incurred in this court action. The check is to be payable to plaintiff's counsel:

> SARAH BOTZ
> THE BERNSTEIN LAW GROUP
> ONE EMBARCADERO CENTER, STE 2440
> SAN FRANCISCO, CA 94111
> (415) 765-6633; FAX 283-4804
> sbotz@blgrp.com

2. This is a settlement of plaintiff's request for attorney fees pursuant to EAJA, and does not constitute an admission of liability or fault on the part of defendant under the Equal Access to Justice

Act.

    3. Payment of the FIVE THOUSAND DOLLARS ($5,000.00), pursuant to the Equal Access to Justice Act (EAJA), EAJA fees incurred in this court action, will constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorney fees pursuant to the EAJA, or costs as a result of this court action.

Dated: November 1, 2006             /s/
                                           SARAH BOTZ
                                           Attorney for Plaintiff

                                           KEVIN V. RYAN
                                           United States Attorney

Dated: November 15, 2006         By:    /s/
                                             SARA WINSLOW
                                             Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: November 16, 2006                           _____
                                               WILLIAM ALSUP
                                               United States District Judge

(Stamp: IT IS SO ORDERED / Judge William Alsup / United States District Court / Northern District of California)